■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY MARCUS, Appellant. [831 NYS2d 108]—

Order, Supreme Court, New York County (Brenda Soloff, J.), entered on or about July 15, 2005, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly assessed 15 points for drug abuse, since defendant's possession of crack cocaine immediately after his discharge from parole supervision, when he was no longer facing drug testing, and less than two years before his reclassification hearing, was not excessively remote (see *People v Wilkens*, 33 AD3d 399 [2006]). The court properly concluded that defendant's present circumstances did not warrant a downward departure from his presumptive risk level (see *People v Guaman*, 8 AD3d 545 [2004]). Defendant's challenge to the choice of risk factors made by the Legislature and the Board of Examiners of Sex Offenders is unavailing (see *People v Bligen*, 33 AD3d 489 [2006]; *People v Joe*, 26 AD3d 300 [2006], *lv denied* 7 NY3d 703 [2006]). Concur—Tom, J.P., Mazzarelli, Andrias, Marlow and Gonzalez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO SANCHEZ, Appellant. [827 NYS2d 678]—Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered on or about October 11, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Andrias, Marlow and Gonzalez, JJ.